August/2024

United States District Clerk's Office
Mark McCartt, Clerk
Page Belcher Federal Bldg. and US Courthouse,
333 W 4th St, Rm #411
Tulsa, Oklahoma. 74103.

Dear: Court Clerk I'm currently filing my pro-se title **42 USC §1983** law suit / complaint. Can you please file my **§1983** complaint with your court house.

Also, I'm sending ~~$350.00~~ $405.00 to file my complaint along with my $5.00 filing fee.

(P.S.) Please mail me back a **stamp file copy** of my complaint. I have enclosed a self-address stamp envelope. Send back to me at the following name and address:

Ryan K. Smith
D.O.C.#643298
Lexington Correctional Center
P.O. Box 260
Lexington, Oklahoma.73051

August/2024

United States District Clerk's Office
Mark McCartt, Clerk
Page Belcher Federal Bldg. and US Courthouse,
333 W 4th St, Rm #411
Tulsa, Oklahoma. 74103.

Dear: Court Clerk I have currently filed my pro-se **§1983** law suit / complaint. I'm now sending your office the **summon** to be file upon the defendant in my case. Can you please <u>affix the seal of the court</u> and serve the said defendant for me and / or mail back the summon with the affixed seal of the court to me so that I can serve the said defendant by certified mail.

Please get back with me at the following name and address:

P.S. Please send me back some USM-285 form's so I can fill out and send back to your court clerk office so you can mail to the defendant in this case by the U.S. Marsal's.

Ryan K. Smith
D.O.C.#643298
Lexington Correctional Center
P.O. Box 260
Lexington, Oklahoma. 73051