

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

NORTHERN DISTRICT OF OKLAHOMA

RYAN K. SMITH PRO-SE
*Plaintiff(s)*

v.

STEVEN KUNZWEILER DISTRICT Attorney HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES FOR TULSA COUNTY AND STATE OF OKLAHOMA, Et Al.
*Defendant(s)*

Civil Action No. 24 CV - 4 1 1 JDR - MTS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STEVEN KUNZWEILER
DISTRICT Attorney
TULSA COUNTY COURTHOUSE
500 S. DENVER AVE. SUIT #900
TULSA, OKLAHOMA. 74103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan K. Smith #643298
Lexington CORR. CTR.
P.O. BOX 260
Lexington, OK 73051

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **Heidi D. Campbell, Clerk**

Date: SEP 0 4 2024

MWhite
*Signature of Clerk or Deputy Clerk*